1062

[No. 25044–2–I. Division One. April 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES R. FINKLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–05298–7, Anne L. Ellington, J., entered October 13, 1989. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Pekelis, JJ.

[No. 23828–1–I. Division One. April 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LUIS ROBERTO GONZALEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01941–6, Patricia H. Aitken, J., entered March 16, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Forrest, J., and Deierlein, J. Pro Tem.

[No. 25089–2–I. Division One. April 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY DEAN SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–02660–7, Norman W. Quinn, J., entered November 2, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 24289–0–I. Division One. April 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS TONY PACE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–04679–1, Anne L. Ellington, J., entered May 16, 1989. *Dismissed* by unpublished per curiam opinion.